**Betty B. WELCH, Plaintiff–Appellant,**

v.

**WAL–MART STORES, INCORPO-RATED, Defendant–Appellee.**

**No. 00–2407.**

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 28, 2001.

Decided March 29, 2001.

Dwight C. Moore, Moore Law Firm, L.L.C., Sumter, SC, for appellant. J.R. Murphy, Murphy & Grantland, P.A., Columbia, SC, for appellee.

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

In this personal injury action, Betty B. Welch appeals the district court's order granting summary judgment in favor of Wal–Mart Stores, Inc. We have reviewed the parties' briefs, the joint appendix, and

the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Welch v. Wal–Mart Stores, Inc.,* No. CA–00–776–3–19 (D.S.C. Sept. 29, 2000). We grant Appellant's motion to submit the case on briefs without oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument will not aid the decisional process.

*AFFIRMED.*